*Indictment filed 11/5/13*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :      INDICTMENT
                                   :
        - v. -                     :      13 Cr. 860
                                   :
JOSEPH KOPPE,                      :
        a/k/a "Joe,"               :
                                   :
             Defendant.            :
                                   :
- - - - - - - - - - - - - - - - - x

ORIGINAL

## COUNT ONE

The Grand Jury charges:

1.  From at least in or about April 8, 2013, up to and including July 17, 2013, in the Southern District of New York and elsewhere, JOSEPH KOPPE, a/k/a "JOE," the defendant, and others known and unknown, intentionally and knowingly combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.

2.  It was a part and an object of the conspiracy that JOSEPH KOPPE, a/k/a "JOE," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly would and did distribute and possess with intent to distribute controlled substances, in violation of 21 U.S.C. § 841(a)(1).

3.  The controlled substances involved in the offense were 28 grams and more of mixtures and substances containing a detectable amount of cocaine base, in violation of 21 U.S.C. § 841(b)(1)(B).

4. In furtherance of the conspiracy and to effect the illegal object thereof, on or about June 27, 2013, in Yonkers, New York, JOSEPH KOPPE, a/k/a "JOE," sold approximately 40 grams of crack cocaine to an undercover police officer.

(Title 21, United States Code, Section 846.)

## COUNT TWO

The Grand Jury further charges:

5. On or about June 27, 2013, in the Southern District of New York, JOSEPH KOPPE, a/k/a "JOE," the defendant, intentionally and knowingly did distribute and possess with the intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1).

6. The controlled substance involved in the offense was 28 grams and more of mixtures and substances containing a detectable amount of cocaine base.

(Title 21, United States Code, Sections 812,
841(a)(1) and 841(b)(1)(B).)

_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

2

*United States District Court*

SOUTHERN DISTRICT OF NEW YORK

### THE UNITED STATES OF AMERICA

vs.

JOSEPH KOPPE,

                              **Defendant.**

# INDICTMENT

13 Cr. 860

**(In Violation of Title 21, United States Code, Section 812)**
**(In Violation of Title 21, United States Code, Sections 841 (a) (1) and 841 (b) (1) (B))**
**(In Violation of Title 21, United States Code, Section 846)**

**PREET BHARARA**

*United States Attorney.*

A TRUE BILL

*Foreperson.*